**STATE of Missouri, Respondent,**

v.

**James E. THORP, Jr., Appellant.**

**No. WD 33124.**

Missouri Court of Appeals,
Western District.

Sept. 21, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 2, 1982.

Application to Transfer. Denied Dec. 13, 1982.

Robert G. Duncan, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and KENNEDY and WASSERSTROM, JJ.

## ORDER

PER CURIAM.

Direct appeal from jury conviction for burglary first degree, a Class B felony, in violation of § 569.160 R.S.Mo.1978, and for forcible rape in violation of § 566.030 R.S. Mo.1978.

The judgment is affirmed.